# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL GARCIA,**<br>        Petitioner,<br><br>    v.<br><br>**BERNADETTE MASON, et al.,**<br>        Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 23-3913** |

## O R D E R

**AND NOW**, this 13th day of November, 2024, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 2), the Commonwealth's Response (ECF No. 14), Petitioner's Traverse (ECF No. 15), the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 16), is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

                                                                BY THE COURT:

                                                                /s/ Hon. Kelley B. Hodge
                                                                _____
                                                                        HODGE, KELLEY B., J.